**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
<u>Louisville</u>    **DIVISION**

<u>KFTC</u>

-vs-                                                                                  Case No.:<u>3:24-cv-00387-BJB</u>

<u>Adams et al</u>

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Beau Patterson</u>, is permitted to argue or try this case in whole or in part as counsel for <u>KFTC</u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.