# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

Kentuckians for the Commonwealth

-vs-

Case No.: 3:24-cv-00387-BJB

Adams, et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Michelle E. Kanter Cohen, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Kentuckians for the Commonwealth in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Fair Elections Center

   with offices at

   Mailing address: 1825 K Street NW

   City, State, Zip Code: Suite 701

   Telephone: 202-331-0114

   E-Mail: mkantercohen@fairelectionscenter.org

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| DC | 8/2009 | 989164 |
| US -DDC | 5/2/2011 | 989164 |
| US - SCOTUS | 5/18/2018 | N/A |
| US- 4 CIR | 10/15/2020 | N/A |
| US - 6 CIR | 6/2021 | N/A |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____

_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☐ on-line tutorial authorized class room training **OR** ☑ other method Please explain:
I am familiar with NextGen filing and have taken several official ECF trainings using that system.

_____

6. Applicant tenders with this Motion the following:

   ☑   The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of Michelle E. Kanter Cohen to the Western District of Kentucky *pro hac vice* for this case only.

*[signature]*

[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

*[signature]*
_____
Signature

Kentucky Equal Justice Ctr. 900 S. Shelby Street
_____
Mailing Address

Louisville, KY
_____
City/State

40203
_____
Zipcode

502-303-4062
_____
Telephone

ben@kyequaljustice.org
_____
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Kentuckians for the Commonwealth

-vs-

Case No.: 3:24-cv-00387-BJB

Adams, et al.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Michelle E. Kanter Cohen, is permitted to argue or try this case in whole or in part as counsel for Kentuckians for the Commonwealth. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.