UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
<u>LOUISVILLE</u>   DIVISION

<u>Kentuckians for the Commonwealth</u>

-vs-                                                    Case No.: <u>3:24-cv-00387-BJB</u>

<u>Adams, et al.</u>

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Michelle E. Kanter Cohen</u>, is permitted to argue or try this case in whole or in part as counsel for <u>Kentuckians for the Commonwealth                                         </u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.