**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:24-cv-387-BJB |

**PROPOSED ORDER**

Upon Motion of the Defendant, Secretary of State Michael G. Adams, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is hereby **GRANTED**.

So **ORDERED** this __ day of _____, 2024.

_____
JUDGE BENJAMIN BEATON
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

1