IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, et al.,<br><br>    *Defendants*. | Civil Action No. 3:24-cv-387-BJB |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, Kentuckians for the Commonwealth ("KFTC"), through undersigned counsel, respectfully requests that this Court enter an order extending the time for Plaintiff to file its First Amended Complaint. In support of this motion, Plaintiff states as follows:

1. On January, 27, 2025, an in-person hearing was held on Defendants' Motions to Dismiss (Dkt. 16, 17).

2. At that hearing, for the reasons stated on the record, the Court granted Defendants' Motions to Dismiss under Fed. R. Civ. P. 12(b)(1) for lack of standing and granted Plaintiff leave to amend its Complaint under Fed. R. Civ. P. 15(a)(2) within 30 days from entry of the January 28, 2025 text order (Dkt. 30).

3. Absent an extension, Plaintiff's deadline to file its First Amended Complaint is currently February 27, 2025.

4. Plaintiff requests a two-week extension. KFTC has identified several individuals who were served by KFTC's voter registration, education, and get out the vote programming

1

who it has reason to believe were erroneously removed from the voter rolls pursuant KRS 116.113(5). KFTC is still in the process of contacting each of these individuals as it amends the complaint to provide additional facts supporting standing. Accordingly, Plaintiff respectfully requests an extension through and including March 13, 2025, within which to file its First Amended Complaint in this matter.

5.  Plaintiff reached out to Defendants at approximately 12:30 PM on February 24 with a deadline to respond by 1:00 PM today, February 25. The State Board of Elections[1] and the Secretary of State have not taken a position on this position.

6.  This is Plaintiff's first request for an extension of time to file its First Amended Complaint.

WHEREFORE, Plaintiff Kentuckians for the Commonwealth respectfully requests that the Court extend the time for it file its First Amended Complaint until March 13, 2025.

Dated: February 25, 2025           Respectfully submitted,

/s/ Beauregard W. Patterson

Michelle Kanter Cohen*
(D.C. Bar No. 989164)
Beauregard William Patterson*
(WI State Bar No. 1102842)
Fair Elections Center
1825 K Street NW, Ste. 701
Washington, DC 20006
mkantercohen@fairelectionscenter.org
bpatterson@fairelectionscenter.org
Phone: (202) 331-0114

---

[1] Plaintiff conferred by phone with counsel for the State Board of Elections.

Jackson Cooper
Kentucky Bar No. 94297
Kentucky Equal Justice Center
201 West Short Street, Ste. 310
Lexington, KY 40507
jackson@kyequaljustice.org
Phone: (502) 303-4062


*Admitted Pro Hac Vice*

*Counsel for Plaintiff Kentuckians for the Commonwealth*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing was filed on this 25th day of February, 2025 through the federal Case Management Electronic Case Filing (CM/ECF) system, which will generate a notice of electronic filing (NEF) to all users who have registered in this action:

Taylor Austin Brown
General Counsel
State Board of Elections
140 Walnut Street
Frankfort, KY 40601
Taylora.brown@ky.gov

Carmine Iaccarino
Sturgill Turner
333 West Vine Street, Ste. 1500
Lexington, KY 40507
carmine@sturgillturner.com

R. Kent Westberry
Bridget M. Bush
W. Wood Brown
Landrum & Shouse LLP
220 W. Main Street, Ste. 1900
Louisville, KY 40202
kwestberry@landrumshouse.com
bbush@landrumshouse.com
wbrown@landrumshouse.com

Jenni Scutchfield
Assistant Secretary of State
General Counsel
700 Capital Ave., Ste. 152
Frankfort, KY 40601
jscutchfield@ky.gov

/s/ Beauregard W. Patterson