IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, et al.,<br><br>*Defendants*. | Civil Action No. 3:24-cv-387-BJB |

**PROPOSED ORDER**

Upon Motion of Plaintiff, Kentuckians for the Commonwealth, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint is due by Thursday, March 13, 2025.

So **ORDERED** this _____ day of _____, 2025.