# Exhibit B

| | |
|---|---|
| **Subject:** | NVRA Notice Letter/Open Records Request |
| **Date:** | Thursday, August 31, 2023 at 3:37:27 PM Central Daylight Time |
| **From:** | Rick Adams |
| **To:** | jscutchfield@ky.gov |
| **CC:** | Beauregard Patterson, Michelle Kanter Cohen |
| **Attachments:** | Final NVRA Letter.pdf |

Ms. Scutchfield,

Please find the attached letter notifying the Secretary of State's Office of violations of the National Voter Registration Act (NVRA). Contained within the letter is an open records request for records related to Kentucky's voter rolls. I am a resident of Kentucky and, as such, qualified to submit an open records request pursuant to KRS 61.872(1).

Regards,

Rick Adams

**Kaplan Johnson Abate & Bird LLP**
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Direct Dial: (502) 242-6205
Fax: (502) 540-8282

This message is a confidential communication and may be protected by attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you received the message in error, then delete it. Thank you.