# Exhibit C

**Subject:** RE: NVRA Notice Letter/Open Records Request
**Date:** Monday, September 11, 2023 at 12:19:14 PM Central Daylight Time
**From:** Rick Adams
**To:** Brown, Taylor (SBE), Scutchfield, Jennifer S (SOS)
**CC:** Beauregard Patterson, Michelle Kanter Cohen

Taylor,

The final sentence in my last email should read, "While I do **not** agree…" Apologies for any confusion.

Rick Adams
Office: (502) 242-6205

**From:** Rick Adams
**Sent:** Monday, September 11, 2023 1:01 PM
**To:** Brown, Taylor (SBE) <taylora.brown@ky.gov>; Scutchfield, Jennifer S (SOS) <jscutchfield@ky.gov>
**Cc:** Beauregard Patterson <bpatterson@fairelectionscenter.org>; Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>
**Subject:** NVRA Notice Letter/Open Records Request

Taylor,

Please find the attached letter notifying the Kentucky State Board of Elections and the Secretary of State's Office of potential violations of the National Voter Registration Act ("NVRA"). Contained within the letter is an open records request for records related to Kentucky's voter rolls. I have also attached the Secretary of State's denial of the same open records request. The Secretary of State denied the request in full and directed me to your office as the proper custodian of these records. While I do agree that the Secretary of State (as a member of the Board of Elections) does not have access to the requested records, I am resubmitting the request to your office for expediency.

Rick Adams

**Kaplan Johnson Abate & Bird LLP**
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Direct Dial: (502) 242-6205
Fax: (502) 540-8282

This message is a confidential communication and may be protected by attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you received the message in error, then delete it. Thank you.