# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:24-cv-387-BJB |

## DEFENDANT SECRETARY OF STATE MICHAEL G. ADAMS' NOTICE OF SUPPLEMENTAL AUTHORITY

Secretary of State Michael G. Adams submits the attached decision of the Sixth Circuit Court of Appeals, dated May 6, 2025, in the appeal captioned *Pub. Int. Legal Found. v. Benson*, 2025 U.S. App. LEXIS 10850 (6th Cir. 2025) as supplemental authority in support of Adams' Motion to Dismiss Amended Complaint, Dkt. 37.

The Sixth Circuit has affirmed the District Court case that counsel for Secretary Adams cited on page 16 of his Motion to Dismiss Amended Complaint, Dkt. 37, filed on March 13, 2025, captioned *Pub. Interest Legal Found. v. Benson*, 2022 U.S. Dist. LEXIS 246223 (W.D. Mich. Aug. 25, 2022).

Respectfully Submitted,

 /s/ R. Kent Westberry
R. Kent Westberry
Bridget M. Bush
W. Wood Brown
kwestberry@landrumshouse.com
bbush@landrumshouse.com
wbrown@landrumshouse.com
LANDRUM & SHOUSE LLP
220 W. Main Street
Suite 1900
Louisville, KY 40202
(502) 589-7616


/s/ Jenni Scutchfield
jscutchfield@ky.gov
Assistant Secretary of State
General Counsel
700 Capital Avenue, Suite 152
Frankfort, KY 40601
*Counsel for Michael G. Adams, in his official capacity as the Secretary of State of Kentucky*

## CERTIFICATE OF SERVICE

It is hereby certified by undersigned counsel that the foregoing was filed on this 8th day of May 2025 through the federal Case Management Electronic Case Filing (CM/ECF) system, which will generate a notice of electronic filing (NEF) to all users who have registered in this action:

Taylor Austin Brown
General Counsel
State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601
TaylorA.Brown@ky.gov

Carmine Iaccarino
Sturgill Turner
333 West Vine Street, Suite 1500
Lexington, KY 40507-1681
carmine@strgillturner.com

Ben Carter
Jackson Cooper
Kentucky Equal Justice Center
201 West Short Street, Suite 310
Lexington, KY 40507
ben@kyequaljustice.org
jackson@kyequaljustice.org

Michelle Kanter Cohen
Beauregard William Patterson
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
mkantercohen@fairelectionscenter.org
bpatterson@fairelectionscenter.org

                                                /s/ R. Kent Westberry