IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, et al.,<br><br>*Defendants.* | Civil Action No. 3:24-cv-387-BJB |

### NOTICE OF *PRO HAC VICE* RENEWAL PAYMENT

AND NOW, this 25th day of July 2025, I, Beauregard William Patterson, do hereby certify that I have paid the *Pro Hac Vice* Renewal Payment of $150.00 in the above-referenced matter.

Dated: July 25, 2025

Respectfully submitted,

/s/ Beauregard W. Patterson

Jackson Cooper
Kentucky Bar No. 94297
Kentucky Equal Justice Center
201 West Short Street, Ste. 310
Lexington, KY 40507
jackson@kyequaljustice.org
Phone: (502) 303-4062

Michelle Kanter Cohen*
(D.C. Bar No. 989164)
Beauregard William Patterson*
(WI State Bar No. 1102842)
Fair Elections Center
1825 K Street NW, Ste. 701
Washington, DC 20006
mkantercohen@fairelectionscenter.org
bpatterson@fairelectionscenter.org
Phone: (202) 331-0114

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Kentuckians for the Commonwealth*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing was filed on this 25th day of July 2025 through the federal Case Management Electronic Case Filing (CM/ECF) system, which will generate a notice of electronic filing (NEF) to all users who have registered in this action:

Taylor Austin Brown
General Counsel
State Board of Elections
140 Walnut Street
Frankfort, KY 40601
Taylora.brown@ky.gov

Carmine Iaccarino
Sturgill Turner
333 West Vine Street, Ste. 1500
Lexington, KY 40507
carmine@sturgillturner.com

R. Kent Westberry
Bridget M. Bush
W. Wood Brown
Landrum & Shouse LLP
220 W. Main Street, Ste. 1900
Louisville, KY 40202
kwestberry@landrumshouse.com
bbush@landrumshouse.com
wbrown@landrumshouse.com

Jenni Scutchfield
Assistant Secretary of State
General Counsel
700 Capital Ave., Ste. 152
Frankfort, KY 40601
jscutchfield@ky.gov

/s/ Beauregard W. Patterson