**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

|  |  |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH, <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, et al., <br><br> *Defendants*. | Civil Action No. 3:24-cv-387-BJB |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FAIR ELECTIONS CENTER
FOR PLAINTIFF KENTUCKIANS FOR THE COMMONWEALTH**

Fair Elections Center, counsel for Plaintiff Kentuckians for the Commonwealth, hereby gives notice that effective immediately their new mailing address is:

Fair Elections Center
1629 K Street NW, Ste. 300
Washington, DC 20006

All other contact information remains the same. Fair Elections Center attorneys have updated their address in the CM/ECF and PACER Systems.

1

Dated: March 27, 2026

Respectfully submitted,

/s/ Michelle Kanter Cohen

Michelle Kanter Cohen*
(D.C. Bar No. 989164)
Beauregard William Patterson*
(WI State Bar No. 1102842)
Fair Elections Center
1629 K Street NW, Ste. 300
Washington, DC 20006
(202) 331-0114
mkantercohen@fairelectionscenter.org
bpatterson@fairelectionscenter.org

*Admitted Pro Hac Vice

Counsel for Plaintiff Kentuckians for the
Commonwealth

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing was filed on this 27th day of March, 2026 through the federal Case Management Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ Michelle Kanter Cohen