**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| KENTUCKIANS FOR THE COMMONWEALTH, <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL G. ADAMS, in his official capacity as the Secretary of State for Kentucky, et al., <br><br> *Defendants*. | Civil Action No. 3:24-cv-387-BJB |

**ORDER GRANTING MOTION TO WITHDRAW
BEAUREGARD W. PATTERSON AS COUNSEL FOR PLAINTIFF**

Upon Motion of Plaintiff Kentuckians for the Commonwealth, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion to Withdraw Appearance of Beauregard W. Patterson as Counsel for Plaintiff is **GRANTED**.

1