UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENTUCKIANS FOR THE COMMONWEALTH,

*Plaintiff*,

v.

MICHAEL ADAMS, in his official capacity as the Secretary of State for Kentucky and Chair of the Kentucky State Board of Elections, *et al.*

*Defendants*.

Case No. 3:24-cv-00387

Judge Benjamin J. Beaton

**JOINT MOTION FOR EXTENSION**

The parties respectfully request that the Court hold this matter in abeyance and suspend any further deadlines for an additional sixty days. The parties continue to explore resolution of the issues presented, which may entail the adoption of an administrative regulation. In the interest of judicial economy, and preserving the resources of the parties, the parties respectfully make this joint motion to request additional time.

Respectfully submitted,

*/s/ Carmine G. Iaccarino*

Carmine G. Iaccarino
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone: (859) 255-8581
Carmine@sturgillturner.com

and

Taylor Austin Brown
State Board of Elections
140 Walnut Street

Frankfort, Kentucky 40601
TaylorA.Brown@ky.gov

*Counsel for Defendant State Board of Elections*

Have seen and agreed:

/s/Jon Sherman (with permission)
Jon Sherman
Michelle Kanter Cohen
Fair Elections Center
1629 K Street, NW, Ste. 300
Washington, DC 20006
*Counsel for Plaintiff Kentuckians for the Commonwealth*

/s/Jenni Scutchfield (with permission)
Jenni Scutchfield
Assistant Secretary of State
General Counsel
700 Capital Avenue, Suite 152
Frankfort, KY 40601
*Counsel for Michael G. Adams, in his official capacity as the Secretary of State of Kentucky*

**CERTIFICATE OF SERVICE**

Please take notice that the following Joint Motion has been electronically filed this 29th day of June, 2026, using the CM/ECF e-filing system which will send notification of such filing to counsel of record.

/s/ Carmine G. Iaccarino
*Counsel for Defendant State Board of Elections*